FRANK N. DARRAS #128904, Frank@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

DarrasLaw

3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff
PHYLLIS SAUNDERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| PHYLLIS SAUNDERS,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Defendant. | Case No:   5:22-cv-01798-SSS(SHKx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Date Action Filed: October 12, 2022 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within sixty (60) days.

Dated: April 27, 2023            DARRASLAW

                                 /s/ Susan B. Grabarsky
                                 SUSAN B. GRABARSKY
                                 Attorneys for Plaintiff