Jason A. James (Bar No. 265129)
jjames@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 5:22-cv-01798 SSS (SHKx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Sunshine Suzanne Sykes<br><br>Complaint Filed:　October 12, 2022 |

IT IS HEREBY STIPULATED, by and between Plaintiff PHYLLIS SAUNDERS and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: May 11, 2023

Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRASLAW

By:  */s/ Susan B. Grabarsky*
Susan B. Grabarsky
Attorneys for Plaintiff
PHYLLIS SAUNDERS

Dated: May 11, 2023

Jason A. James
MESERVE, MUMPER & HUGHES LLP

By:  */s/ Jason A. James*
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.