# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 5:22-cv-01798 SSS (SHKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Sunshine Suzanne Sykes<br><br>Complaint Filed:　October 12, 2022 |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:22-cv-01798 SSS (SHKx), is dismissed in its entirety as to all defendants with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

　　　**IT IS SO ORDERED.**

Dated: May 11, 2023

_____
Hon. Sunshine Suzanne Sykes
United States District Court Judge